UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAMERON JOHN WAGENIUS,<br><br>Defendant. | NO. CR25-142 KKE<br><br>**WAIVER OF INDICTMENT** |

I, CAMERON JOHN WAGENIUS, having been advised of the nature of the charge and that it is punishable by imprisonment for a term exceeding one year, and having been advised of my right to prosecution by Indictment pursuant to Rule 7(a) of the Federal Rules of Criminal Procedure; having been advised that pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure I may waive prosecution by Indictment and may be prosecuted by Information, do knowingly, and with advice of counsel, waive in open

///

///

Waiver of Indictment - 1
*United States v. Wagenius*, CR25-142 KKE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

court my right to be prosecuted by Indictment and do hereby consent to prosecution by Information.

Dated this 15th day of July, 2025.

CAMERON JOHN WAGENIUS
Defendant

~~JAMES LEE BRIGHT~~  Adam S. Heyman
Attorney for Defendant

SOK TEA JIANG
Assistant United States Attorney

LOUISA K. BECKER
Senior Counsel
Computer Crime & Intellectual Property
Section, Criminal Division, USDOJ

GEORGE BROWN
Trial Attorney
Computer Crime & Intellectual Property
Section, Criminal Division, USDOJ

Approved:

United States District Judge

Waiver of Indictment - 2
*United States v. Wagenius,* CR25-142 KKE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970