01
02
03
04
05

06
07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08

UNITED STATES OF AMERICA,

09

  Plaintiff,

10

  v.

11

CAMERON JOHN WAGENIUS,

12

  Defendant.

  **)**
  **)**   CASE NO. CR25-142 KKE
  **)**
  **)**
  **)**
  **)**   DETENTION ORDER
  **)**
  **)**
  **)**
  **)**

13

14

Offense charged:  Wire Fraud Conspiracy; Extortion in Relation to Computer Fraud;

15

Aggravated Identity Theft; Forfeiture Allegations

16

Date of Detention Hearing: July 15, 2025.

17

  The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18

based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19

that no condition or combination of conditions which defendant can meet will reasonably assure

20

the appearance of defendant as required and the safety of other persons and the community.

21

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22

DETENTION ORDER
PAGE -1

01     1.     Defendant is charged by Information and has entered a plea of guilty to the

02 above-referenced offenses.    He was not interviewed by Pretrial Services in this particular case,

03 so some of his background information is unknown or unverified.    Defendant is also charged

04 in the U. S. District Court for the Western District of Texas with Unlawful Transfer of

05 Confidential Phone Records Information (two counts), for which he will be sentenced in

06 September 2025.    He has been detained on those charges, so the issue of release in this matter

07 is essentially moot.    Defendant does not oppose entry of an Order of Detention.

08     2.     Defendant poses a risk of nonappearance based on the nature of the charges,

09 other charges in another jurisdiction, and unknown background information. Defendant poses

10 a risk of danger based on the nature of the alleged offense and the pending case in the Western

11 District of Texas.

12     3.     There does not appear to be any condition or combination of conditions that will

13 reasonably assure the defendant's appearance at future Court hearings while addressing the

14 danger to other persons or the community.

15 It is therefore ORDERED:

16 1. Defendant shall be detained pending trial, and committed to the custody of the Attorney

17    General for confinement in a correction facility;

18 2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

19 3. On order of the United States or on request of an attorney for the Government, the person

20    in charge of the corrections facility in which defendant is confined shall deliver the

21    defendant to a United States Marshal for the purpose of an appearance in connection with a

22    court proceeding; and

DETENTION ORDER
PAGE -2

01   4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

02       the defendant, to the United States Marshal, and to the United State Probation Services

03       Officer.

04         DATED this 15th day of July, 2025.

05

06                         Mary Alice Theiler

                          United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3