The Honorable Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAMERON JOHN WAGENIUS,<br><br>Defendant. | NOS. CR24-232 LK & CR25-142 LK<br><br>**STIPULATED MOTION TO CONTINUE SENTENCING**<br><br>Noting Date: July 22, 2025 |

The parties jointly move the Court to continue sentencing in the above-referenced cases to January 7, 2026, at 10:00 a.m. to conserve judicial resources and to permit the parties adequate time to prepare for sentencing.

On March 5, 2025, Defendant Cameron John Wagenius pleaded guilty to unlawful transfer of confidential phone records information in violation of Title 18, United States Code, Section 1039(b). *See* CR24-232 LK at Dkt. 36. The Court accepted his guilty plea several weeks later. *Id.* at Dkt. 38. Shortly thereafter, Mr. Wagenius filed an unopposed motion to continue sentencing because the parties anticipated that "additional charges [would be] filed" and the requested continuance "will allow for judicial economy so that all charges may be addressed in a singular sentencing hearing." *Id.* at Dkt. 39. In May

Stipulated Motion to Continue Sentencing - 1
*United States v. Wagenius*, CR24-232 LK & CR25-142 LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2025, finding good cause, the Court granted the motion and continued sentencing in this case to September 10, 2025. *Id.* at Dkt. 40.

Last week, Mr. Wagenius pleaded guilty to additional charges: (1) wire fraud conspiracy, in violation of Title 18, United States Code, Section 1349; (2) extortion in relation to computer fraud, in violation of Title 18, United States Code, Section 1030(a)(7)(B); and (3) aggravated identity theft, in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2. *See* CR25-142 LK at Dkt. 1, 6 & 8. At the change of plea hearing, sentencing for this new case was set for October 6, 2025, before a different district court judge. Following last week's hearing, as required under the local rules, the government filed a notice of related case in CR24-232 LK, informing the Court that both cases "arise from related conduct and involve some of the same stolen victim information and related extortion." CR24-232 LK at Dkt. 41. This new case was subsequently reassigned to this Court.

The parties respectfully request that sentencing in both cases be continued to January 7, 2026, so that they have sufficient time to prepare for sentencing. Among other things, this continuance will help ensure that the parties have adequate time to gather and provide Probation and the Court with all relevant information about these related cases, thus promoting judicial economy and an orderly disposition of these matters.

DATED this 22nd day of July, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

*/s/Sok Tea Jiang*
SOK TEA JIANG
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970
sok.jiang@usdoj.gov

Stipulated Motion to Continue Sentencing - 2
*United States v. Wagenius*, CR24-232 LK & CR25-142 LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | |
| 2 | MATTHEW R. GALEOTTI<br>Acting Assistant Attorney General |
| 3 | |
| | */s/Louisa K. Becker*<br>*/s/George S. Brown* |
| 4 | LOUISA K. BECKER, Senior Counsel<br>GEORGE S. BROWN, Trial Attorney |
| 5 | Computer Crime and Intellectual Property<br>Section |
| 6 | U.S. Department of Justice, Criminal Division<br>1301 New York Avenue NW Suite 600 |
| 7 | Washington, D.C. 20530<br>(202) 514-3597 |
| 8 | louisa.marion@usdoj.gov<br>george.brown@usdoj.gov |
| 9 | |
| 10 | *With email approval:* |
| 11 | */s/James Lee Bright* |
| 12 | JAMES LEE BRIGHT<br>3300 Oak Lawn Avenue, Suite 700 |
| 13 | Dallas, Texas 75219<br>(214) 720-7777 |
| 14 | JLBrightLaw@gmail.com<br>Attorney for Defendant Cameron John Wagenius |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |

Stipulated Motion to Continue Sentencing - 3
*United States v. Wagenius*, CR24-232 LK & CR25-142 LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970