The Honorable Lauren King
The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE & TACOMA

UNITED STATES OF AMERICA,

          Plaintiff,

          v.

CAMERON JOHN WAGENIUS,

          Defendant.

NO. CR25-142 LK

**NOTICE OF RELATED CASE**

UNITED STATES OF AMERICA,

          Plaintiff,

          v.

KENNETH CURRIN SCHUCHMAN,

          Defendant.

NO. CR26-5104 DGE

**NOTICE OF RELATED CASE**

The United States hereby advises the Court, pursuant to Local Criminal Rule 13, that the above-captioned cases are related.

"When criminal cases involving common questions of law and fact (but not necessarily the same parties) are assigned to different judges, there may be good reason to

Notice of Related Case - 1
*United States v. Wagenius*, CR25-142 LK
*United States v. Schuchman*, CR26-5104 DGE

assign all of said cases to one judge." Local Crim. R. 13(a). Consequently, "[c]ounsel are encouraged to file a notice of related case in order to bring such cases to the attention of the court." Local Crim R. 13(b).

Here, both cases arise from some of same the computer intrusions and extortions and involve the same co-conspirators. As such, these cases rely on overlapping evidentiary material and legal process and arguably present common questions of law and fact. Their assignment to the same judge may serve judicial economy.

DATED this 13th day of April, 2026.

Respectfully submitted,


 /s/Sok Tea Jiang
SOK TEA JIANG
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970
sok.jiang@usdoj.gov


LOUISA K. BECKER, Senior Counsel
GEORGE S. BROWN, Trial Attorney
Computer Crime and Intellectual Property Section
U.S. Department of Justice, Criminal Division
1301 New York Avenue NW Suite 600
Washington, D.C. 20530
(202) 514-3597
louisa.marion@usdoj.gov
george.brown@usdoj.gov

Notice of Related Case - 2
*United States v. Wagenius*, CR25-142 LK
*United States v. Schuchman*, CR26-5104 DGE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970